AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

**FILED**

December 07, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Cecie Rodriguez_____

DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Marcos Eduardo Hernandez | ) | Case No. |
| | ) | |
| | ) | **EP:22-MJ-2888 ATB** |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 2021 to July 2022_____ in the county of _____El Paso_____ in the _____Western_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(a)(1)(A) | Dealing Firearms Without a License |

This criminal complaint is based on these facts:

See Attached Affidavit Which is Hereby Incorporated by Reference

☑ Continued on the attached sheet.

Complaint sworn to telephonically on _____December 07, 2022_____ at _11:21am_ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Rosalinda Montes*

*Complainant's signature*

Rosalinda Montes Special Agent - ATF

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____12/07/22_____

City and state:  _____El Paso, Texas_____

Anne T. Berton, U.S. Magistrate Judge

*Judge's signature*

*Printed name and title*

## AFFIDAVIT

Your affiant, Rosalinda Montes, first being duly sworn, does hereby depose and state as follows:

That I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since May 2017. I was previously employed with the Western District of Texas, United States Probation Office for approximately nine years. I have previously applied for and obtained multiple legal process related to criminal investigations. I possess a Bachelor's Degree in Psychology from University of Texas, at El Paso. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy. Because of my training and experience as an ATF Special Agent and a Criminal Investigator, I am familiar with Federal criminal laws. I have received specialized training regarding the investigation and enforcement of Federal Firearms violations and have conducted investigations regarding individuals involved in illegal firearms activities to include convicted felons in possession of firearms and/or ammunition. That I make this statement based on my personal knowledge, official records, interviews with, and information provided by other law enforcement officers to your affiant. Because this affidavit is submitted for the approval of a criminal complaint, it does not purport to contain everything known to your affiant about this investigation.

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is the federal agency charged with regulating the firearms industry. One of the responsibilities of ATF is to issue a Federal Firearms License (FFL) to those who seek to "engage in the business" of selling firearms in interstate and intrastate commerce. ATF maintains a database, the Firearms Licensing System (FLS) which contains the records of all current and former Federal Firearms Licensees and FFL applicants. Additionally, ATF requires that Federal Firearms Licensees maintain specific records memorializing both the receipt and transfer of firearms. These records require that a purchaser of firearms truthfully complete a Firearms Transfer Record, ATF Form 4473, when purchasing a firearm from an FFL. The ATF Form 4473 requires the purchaser to provide proof of identification and list biographical information, to include name, date of birth, place of birth, citizenship and address. Additionally, the ATF Form 4473 requires that the purchaser answer questions relating to their eligibility to possess the firearm(s) being purchased. The purchaser must further assert that they are acquiring the firearm(s) for themselves. The purpose of this assertion is to address the issue of a "straw purchase".

A "straw purchase" is the purchase of a firearm by one individual on behalf of a second individual who may not legally purchase or possess a firearm. On the ATF Form 4473, the Federal Firearms Licensee will list the description of the firearm(s) to be purchased to include a manufacturer, model designation, caliber and unique serial number. The Federal Firearms Licensee is also required to provide necessary information to law enforcement authorities so they can conduct a background investigation to determine whether the purchaser is eligible to complete the purchase of the firearm(s). The record requirement creates a "paper trail" allowing law enforcement agents an avenue to initiate an investigation into the movement of a firearm.

Your Affiant knows that pursuant to 18 U.S.C. Section 921(a)(3), that "the term "firearm" means (A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device."

Your Affiant is aware that in June 2022, certain definitions were changed pursuant to the Bipartisan Safer Communities Act, to include the following definition. However, at the time of the commission of the offenses, the following definitions were applicable.

Your Affiant knows that pursuant to 18 U.S.C. Section 921(a)(21), the "term engaged in the business" means (C), as applied to a dealer in firearms, as defined in section 921(a)(11)(A), a person who devotes time, attention, and labor to dealing in firearms as a regular course of trade or business with the principal objective of livelihood and profit through the repetitive purchase and resale of firearms, but such term shall not include a person who makes occasional sales, exchanges, or purchases of firearms for the enhancement of a personal collection or for a hobby, or who sells all or part of his personal collection of firearms.

Your Affiant knows that pursuant to 18 U.S.C. Section 921(a)(22), "The term 'with the principal objective of livelihood and profit' means that the intent underlying the sale or disposition of firearms is predominantly one of obtaining livelihood and pecuniary gain, as opposed to other intents, such as improving or liquidating a personal firearms collection: Provided, That proof of profit shall not be required as to a person who engages in the regular and repetitive purchase and disposition of firearms for criminal purposes or terrorism."

Your Affiant is aware that is it "unlawful for any person except a licensed importer, licensed manufacturer, or licensed dealer, to engage in the business of importing, manufacturing, or dealing in firearms, or in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce" pursuant to Title 18 United States Code, Section 922(a)(1)(A).

Your Affiant, states the following to be true and correct to the best of her knowledge and belief based upon her personal observations and from information provided by knowledgeable law enforcement agents and officers who are involved in the investigation. The facts outlined in this narrative are not meant to be a complete narrative of all that has occurred in connection with this investigation, but are only a summary of facts necessary to set forth probable cause in support of the search warrant and does not purport to set forth all of the affiant's knowledge regarding this investigation.

In or about July 2022, ATF initiated an investigation into multiple purchases of firearms made by an individual named Marcos Eduardo HERNANDEZ from two Federal Firearms Licensees (FFLs) located within the Western District of Texas. During the investigation, your affiant reviewed multiple ATF Form 4473s which revealed HERNANDEZ had made at least (28) firearm purchases from June 2021 to July 2022. A query of HERNANDEZ' State of Texas issued Driver's License revealed HERNANDEZ' residence in El Paso, TX.

On or about August 12, 2022, your affiant and the U.S. Department of Homeland Security Investigations (HSI) SA Coello made contact with the residents of HERNANDEZ' listed address. Agents interviewed said residents who stated HERNANDEZ worked out of town, however; resided at the El Paso, TX address.

On December 5, 2022, ATF SA Montes, SA Luis Rubio-Gonzalez, and HSI TFO Bailee Somners conducted an interview with HERNANDEZ at the Paso Del Norte Port of Entry when HERNANDEZ was attempting to return to the United States from Mexico. During the interview, HERNANDEZ admitted to agents he purchased multiple firearms from an FFL located in El Paso, Texas, and an FFL located in Odessa, Texas. HERNANDEZ was shown a copy of the ATF Form 4473 he completed on March 6, 2022, at the El Paso FFL, and he admitted he completed the information listed on the form and identified the signature in box number 22 as his signature. The signature is consistent with the signatures in all other ATF Forms 4473 completed by HERNANDEZ.

HERNANDEZ was shown five separate ATF Form 4473s he completed between the dates of June 2021 to May 2022 at the El Paso FFL. HERNANDEZ admitted he completed all of the ATF Form 4473s and admitted to purchasing all nine (9) listed firearms on said forms.

HERNANDEZ stated he would visit an eCommerce website that sells firearm and firearm accessory webinars. HERNANDEZ stated he created an account which would allow HERNANDEZ to pay approximately $35 dollars to view a firearm featured in a webinar by the site operator. HERNANDEZ stated the site would select an account holder who would receive the featured firearm for free after viewing the webinar. HERNANDEZ stated each time HERNANDEZ was selected by the site to receive a firearm, HERNANDEZ would request the firearm to be delivered to a FFL located in El Paso, Texas, to complete the transfer. HERNANDEZ admitted to paying for the firearm transfer fee, receiving the firearms, and selling the firearms to other individuals for monetary gain. HERNANDEZ admitted to selling at least thirteen firearms to at least six other individuals between June 2021 to July 2022. HERNANDEZ stated HERNANDEZ sold the firearms to other individuals because HERNANDEZ was planning on attending the 2022 FIFA World Cup in Qatar and HERNANDEZ needed money for HERNANDEZ' travel. HERNANDEZ admitted to not having a license to deal firearms.

During the interview, HERNANDEZ provided agents with consent to search HERNANDEZ' cellular phone. Your affiant reviewed the following text message communications between HERNANDEZ and other individuals.

In a Text Message Dated: April 22, 2022, a co-conspirator informs HERNANDEZ that they have $526 cash for HERNANDEZ for a rifle. HERNANDEZ replies positively that HERNANDEZ accepts the sale.

In a Text Message Dated: July 11, 2022, HERNANDEZ sends four individuals a photograph of a firearm to which an individual requests that HERNANDEZ sell them

the firearm. HERNANDEZ proceeds to send the four individuals three additional photographed firearms.

In a Text Message Dated: December 14, 2021, HERNANDEZ sends a text message to a co-conspirator notifying them HERNANDEZ won a GLOCK 19 firearm. The co-conspirator informs HERNANDEZ they are willing to buy anything from HERNANDEZ. HERNANDEZ responds positively, texting, "I know."

In a Text Message Dated: February 8, 2022, HERNANDEZ received a text message from a co-conspirator notifying HERNANDEZ that a third party wants to purchase a GLOCK firearm from HERNANDEZ. HERNANDEZ responds positively, stating HERNANDEZ will pick up the firearm from HERNANDEZ' residence.

Your affiant knows that based on the aforementioned facts, HERNANDEZ had, in June 2021 through July 2022, purchased firearms and sold them to other individuals for a profit knowing that those individuals would then sell the firearms at a profit to third parties.

Your affiant knows that HERNANDEZ, and other individuals in June 2021 and continuing into July 2022, did engage in the business of Dealing Firearms without a Federal Firearms License in violation of 18 U.S.C., Section 922(a)(1)(A).

*Rosalinda Montes*
ATF SA Rosalinda Montes